

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of J.A.S., a juvenile,　　　　* From the Juvenile Court
　　　　　　　　　　　　　　　　　　　of Taylor County,
　　　　　　　　　　　　　　　　　　　Trial Court No. 4502-J.

No. 11-13-00328-CV　　　　　　　　* March 5, 2015

　　　　　　　　　　　　　　　　　　* Memorandum Opinion by Bailey, J.
　　　　　　　　　　　　　　　　　　(Panel consists of: Wright, C.J.,
　　　　　　　　　　　　　　　　　　Willson, J., and Bailey, J.)

　　　　This court has inspected the record in this cause and concludes that there is no error in the judgment below.　Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.